1  KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
   klenhard@bhfs.com
2  MALIQ I. KENDRICKS, ESQ., Nevada Bar No. 15254
   mkendricks@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, Nevada  89106
   Telephone:      702.382.2101
5  Facsimile:      702.382.8135

6  *Attorneys for Defendants DIV Holdings, LLC d/b/a Jardin
   Premium Cannabis Dispensary; and DIV Realty, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| FALLS LAKE FIRE AND CASUALTY COMPANY, a California corporation, | CASE NO. 2:23-cv-01516-JCM-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada limited liability company; DIV REALTY, LLC, a Nevada limited liability company; JORGE ABARCA, an individual; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Defendants DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY and DIV REALTY, LLC (collectively **"Defendants"**), by and through their counsel of record, the law firm Brownstein Hyatt Farber Schreck, LLP; and Plaintiff Falls Lake Fire and Casualty Company (**"Plaintiff"**), by and through its counsel of record, Tyson & Mendes LLP, hereby stipulate and agree, contingent on this Court's approval, as follows:

1.  This stipulation is made pursuant to LR IA 6-1.

2.  On September 26, 2023, Plaintiff filed its Complaint for Declaratory Judgment ("**Complaint**"). *See* ECF No. 1. Defendants were served with the Complaint and Summons on September 29, 2023.

3.  Defendants' response to the Complaint is currently due on October 20, 2023.

26185781.1

4. On October 19, 2023, Defendants retained the undersigned counsel to represent them in this matter.

5. The parties agree and respectfully request that the deadline for Defendants to file a response to the Complaint be extended two weeks to November 3, 2023.

9. This is the first request for an extension of this deadline.

10. This stipulation is made in good faith and is not made in an attempt to delay proceedings.

**IT IS SO STIPULATED**.

DATED this 20th day of October, 2023.                    DATED this 20th day of October, 2023.

/s/ Kirk B. Lenhard                                                     /s/ Priscilla L. O'Briant
Kirk B. Lenhard, Esq.                                               Priscilla L. O'Briant, Esq.
Maliq I. Kendricks, Esq.                                           TYSON & MENDES LLP
BROWNSTEIN HYATT FARBER                              2835 St. Rose Pkwy., Suite 140
SCHRECK, LLP                                                         Henderson, NV 89052
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendants DIV Holdings, LLC d/b/a Jardin Premium Cannabis Dispensary; and DIV Realty, LLC*      *Attorneys for Plaintiff Falls Lake Fire and Casualty Company*

**IT IS SO ORDERED**.

DATED: 10-24-2023

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

26185781.1

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** was served via electronic service on October 20, 2023, to the addresses shown below:

Priscilla L. O'Briant, Esq.
pobriant@tysonmendes.com
TYSON & MENDES LLP
2835 St. Rose Pkwy., Suite 140
Henderson, NV  89052

*Attorneys for Plaintiff*
*Falls Lake Fire and Casualty Company*

 /s/ Paula Kay
an employee of Brownstein Hyatt Farber Schreck, LLP

26185781.1

- 3 -