**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Falls Lake Fire and Casualty Company, <br> Plaintiff(s), <br> vs. <br> DIV Holdings et al., <br> Defendant(s). | 2:23-cv-01516-JCM-MDC <br><br> **Order** |

**IT IS ORDERED** that Plaintiff's *Ex Parte Motion For Order To Enlarge Time For Service of Complaint on Defendant Jorge Abarca* (ECF No. 15) is **DENIED AS MOOT**. The Motion is superseded by Plaintiff's *Amended Ex Parte Motion.* ECF No. 17.

**IT FURTHER ORDERED** that Plaintiff's *Amended Ex Parte Motion For Order To Enlarge Time For Service of Complaint on Defendant Jorge Abarca* (ECF No. 17) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule IA 7-2(b), which, among other things, requires a moving party to articulate the rule or authority that permits ex parte filing. Plaintiff may re-file motion in compliance with LR IA 7-2(b).

**IT FURTHER ORDERED** that Plaintiff's *Ex Parte Motion for Alternative Service Of Process On Defendant Jorge Abarca* (ECF No. 18) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule IA 7-2(b), which, among other things, requires a moving party to articulate the rule or authority that permits ex parte filing. Plaintiff may re-file motion in compliance with LR IA 7-2(b).

DATED this 23rd day of January 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge