# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Falls Lake Fire and Casualty Company,<br>    Plaintiff(s),<br>vs.<br>DIV Holdings, LLC. et al.,<br>    Defendant(s). | 2:23-cv-01516-JCM-MDC<br><br>**Order** |

Pending before the Court are plaintiff's *Motion for Alternative Service of Process* (ECF No. 23) and *Motion to Extend Time for Service* (ECF No. 24).

On page 11 of the *Motion for Alternative Services* (ECF No. 23), plaintiff identifies the case number as 2:23-cv-01516-JCM-VCF in their proposed notice of publication. The proposed notice must reflect the correct case number, as captioned above.

ACCORDINGLY,

**IT IS ORDERED** that the *Motion for Alternative Services* (ECF No. 23) is DENIED WITHOUT PREJUDICE. The plaintiff is directed to correct page 11 of the Motion to reflect the correct case number.

**IT IS FURTHER ORDERED** that the *Motion to Extend Time for Service* (ECF No. 24) is GRANTED.

DATED this 15th day of February 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge