**TYSON & MENDES LLP**
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
Email: pobriant@tysonmendes.com
2835 St. Rose Pkwy, Suite 140
Henderson, NV 89052
Tel: (702) 724-2648
Fax: (702) 410-7684
*Attorneys for Plaintiff Falls Lake
Fire and Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Falls Lake Fire and Casualty Company, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIV Holdings, LLC d/b/a Jardin Premium Cannabis Dispensary, a Nevada limited liability company; DIV Realty, LLC, a Nevada limited liability company; Jorge Abarca, an individual; DOES 1-20; and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01516-JCM-MDC<br><br>**DEFAULT JUDGMENT IN A CIVIL ACTION** |

The Court has ordered that Defendant Jorge Abarca, having failed to appear or defend, is bound by the Judgment entered against DIV Holdings, LLC and DIV Realty, LLC (collectively the "DIV defendants"), that Falls Lake Fire and Casualty Company has no duty to defend or indemnify the DIV defendants in the underlying action at issue, *Abarca v. Nash*, et. al., Clark County case number A-23-867873-C (the "*Abarca* Action").

This action was decided by Judge James C. Mahan on a motion for default judgment filed by Falls Lake.



Date: ___1/28/2025___

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

1